IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRADEBE ENVIRONMENTAL SERVICES, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| | ) Honorable John J. Tharp, Jr ) |
| v. | ) Case No. 25-cv-12742 ) |
| INDIAN HARBOR INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF DISMISSAL

Plaintiff, Tradebe Environmental Services, LLC ("Tradebe"), by its undersigned attorneys, and pursuant to Federal Rule 41(a)(1)(A)(i), hereby dismisses its claims asserted in its Complaint without prejudice.

Dated: November 20, 2025
                    TRADEBE ENVIRONMENTAL
                    SERVICES, LLC

                    By: /s/ Kalli K. Nies
                    One of its attorneys

David B. Goodman – dg@glgchicago.com
  ARDC No. 6201242
Kalli K. Nies
  ARDC No. 6318089
Joshua H. Burday
  ARDC No. 6320376
Michael J. Hutcherson
  ARDC No. 6350417
Goodman Law Group | Chicago
20 North Clark Street, Suite 3300
Chicago, Illinois 60602
Tel: (312) 626-1888